UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RON FREEMAN, | ) | 1:06-CV-00261-AWI-LJO-P |
| Plaintiff, | ) ) | ORDER DISREGARDING PETITION FOR WRIT OF MANDATE AND |
| v. | ) ) | DECLARATORY RELIEF AS MOOT (Document #11) |
| STATE OF CALIFORNIA, et al., | ) ) | ORDER GRANTING APPLICATION |
| Defendants. | ) ) | TO PROCEED IN FORMA PAUPERIS (Documents #2 & #12) |
| | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2006, the court ordered plaintiff to submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $250.00 filing fee for this action. On April 24, 2006, plaintiff filed a petition for writ of mandate and declaratory relief, requesting a court order for the California Department of Corrections and Pleasant Valley Prison to provide him with his trust account information and other information to enable his access to the court. On April 24, 2006, plaintiff submitted an application to proceed in forma pauperis, and on May 2, 2006, plaintiff submitted a certified copy of his prison trust account statement. Plaintiff has now provided documentation that makes a showing required by required by 28 U.S.C. § 1915(a). Therefore, plaintiff's application to proceed in forma pauperis shall be granted, and the petition for writ of mandate shall be denied as moot.

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action. Plaintiff has been without funds for six months and is

1  currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. §
2  1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's
3  income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by
4  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
5  $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).
6         In accordance with the above, IT IS HEREBY ORDERED that:
7              1. Plaintiff's request for leave to proceed in forma pauperis is GRANTED;
8              2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. The fee
9  shall be collected and paid in accordance with this court's order to the Director of the California
10 Department of Corrections filed concurrently herewith; and
11             3. Plaintiff's petition for writ of mandate and declaratory relief is DISREGARDED AS
12 MOOT.
13 IT IS SO ORDERED.
14 **Dated:    May 11, 2006**              /s/ Lawrence J. O'Neill
   b6edp0                                  UNITED STATES MAGISTRATE JUDGE